FRANK P. CLAIR, Appellant, *v.* HENRY WREGE, Respondent.

(Argued April 7, 1930; decided May 6, 1930.)

*Edward H. Wilson* for appellant.

*Julian V. Carabba* and *Samuel Hart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.